SEYFARTH SHAW LLP
Kristina M. Launey (SBN 221335)
klauney@seyfarth.com
Michael W. Kopp (SBN 206385)
mkopp@seyfarth.com
Christina F. Jackson (SBN 281456)
cfjackson@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:    (916) 448-0159
Facsimile:    (916) 558-4839

Attorneys for Defendant
WINCO HOLDINGS, INC., sued herein as "WinCo Holdings, Inc. dba WinCo Foods"

LAW OFFICES OF MICHELLE IARUSSO
Michelle Iarusso (SBN 280483)
michelle@mipilaw.com
Nicholas Dagher (SBN 275776)
64 N. Fair Oaks Avenue
Pasadena, CA 91103
Sacramento, California 95814-4428
Telephone:    (626) 415-4422
Facsimile:    (916) 558-4839

Attorneys for Plaintiff
Jerry W. Neufeld, Jr.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERRY W. NEUFELD, JR., an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WINCO HOLDINGS, INC. dba WINCO FOODS, an Idaho corporation; and DOES 1 to 100, inclusive,<br><br>　　　　　Defendants. | Case No.: 1:14-CV-01505-KJM-JLT<br><br>**JOINT MOTION TO CONTINUE EXPERT DISCOVERY CUTOFF AND PRETRIAL AND TRIAL DEADLINES; [~~PROPOSED~~] ORDER**<br><br>(Doc. 22) |

1

**JOINT MOTION TO CONTINUE EXPERT DISCOVERY CUTOFF AND TRIAL AND PRETRIAL DEADLINES; [~~PROPOSED~~] ORDER**

22901929v.1

TO THE HONORABLE JUDGE MUELLER:

WinCo Holdings, Inc. ("Defendant") and Jerry W. Neufeld ("Plaintiff") through their counsel of record jointly move for (1) a continuance of the expert discovery deadline, and (2) a continuance of the current trial and pretrial filing deadlines, pending the outcome of WinCo's pending motion for summary judgment. In support of this Motion, the parties stipulate as follows:

1. This matter was removed to the U.S. District Court, Eastern District of California on September 25, 2014. This Court issued a scheduling order on February 20, 2015, following the February 19, 2015 status conference.

2. The parties have not previously sought the continuance of any deadline set in the original February 20, 2015 scheduling order, and have diligently complied with all scheduling deadlines to date.

3. Defendant promptly filed its "Motion for Summary Judgment or, In the Alternative, Motion for Summary Adjudication" on October 21, 2015, within one month of the close of all non-expert discovery.

4. WinCo's Motion for Summary Judgment was noticed for hearing for December 4, 2015, in advance of the current expert discovery cutoff and current pretrial filing deadlines. Plaintiff filed his Opposition on November 20, 2015, and WinCo filed its Reply on November 25, 2015.

5. By order dated December 1, 2015, the Court reset the hearing on Defendant's Motion for Summary Judgment for January 15, 2016.

6. Expert discovery is currently set to close on December 26, 2015, and the parties have an unresolved dispute concerning the sufficiency of Plaintiff's disclosures of non-retained experts. The reset January 15, 2016 hearing date on Defendant's Motion for Summary Judgment is presently set to occur <u>after</u> the current expert discovery cutoff. The parties jointly wish to defer the expense of motion practice and depositions of Plaintiff's retained and non-retained experts pending the resolution of the Motion for Summary Judgment.

7. The reset January 15, 2016 hearing date on WinCo's Motion for Summary Judgment is also in close proximity to the January 28, 2016 deadline for the parties to file the comprehensive joint pretrial statement (identifying all non-discovery motions and their resolution, all undisputed and disputed facts core to each claim; lists of evidentiary issues subject to motions in limine, points of law in support of claims and defenses; a joint statement of the case; all witnesses and their expected testimony, all exhibits, and all further disclosures mandated by Local Rule 281).

8. The parties wish to avoid expert discovery expenses, discovery filings, and burdening the Court with further pretrial and trial filings pending the resolution of the pending Motion for Summary Judgment.

9. The Parties have met and conferred and have agreed to request (1) an extension of the expert discovery cutoff deadline from December 26, 2015 to **March 15, 2016** (i.e., two months following the January 15, 2016 hearing on the motion for summary judgment); (2) a resetting of the current April 4, 2016 trial date to a date of the Court's convenience in **June or July 2016**, with a corresponding adjustment of all pretrial deadlines (including the joint pretrial statement deadline, pretrial conference date, and the trial brief deadline).

10. No prior scheduling extensions have been sought by either party in this matter as to any scheduling deadline, and the proposed three month extensions on the current expert discovery and trial and pretrial deadlines are sought in good faith and for purpose of judicial economy, pending the outcome of WinCo's Motion for Summary Judgement.

**NOW THEREFORE**, all Parties hereto stipulate and agree that the Court may enter an Order
(a) continuing the expert discovery deadline to March 15, 2016
(b) continuing the trial date from April 4, 2016 to a date of the Court's convenience in June or July
(c) continuing the pretrial deadlines for the joint pretrial statement, pretrial conference, and the parties' trial briefs to correspond with the reset trial date.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: December 14, 2015                Respectfully submitted,

                                        SEYFARTH SHAW LLP


                                        By: /s/ Michael W. Kopp
                                            Kristina M. Launey
                                            Michael W. Kopp

                                        Attorneys for Defendant
                                        WINCO HOLDINGS, INC.

DATED: December 14, 2015                LAW OFFICES OF MICHELLE IARUSSO


                                        By: /s/ Michelle Iarusso
                                            Michelle Iarusso

                                        Attorneys for Plaintiff
                                        JERRY NEUFELD

                                        Attorney for Plaintiff agreed with the contents of this document and authorized the filer to use her electronic signature

**ORDER**

Based upon the stipulation of counsel, the Court **ORDERS**:

1. The parties **SHALL** complete all expert discovery no later than **March 15, 2016**;

2. The trial is continued to **June 20, 2016**;

3. The deadline to file the joint pretrial statement is **April 14, 2016**;

4. The pretrial conference is continued to **May 5, 2016**;

5. The deadline to submit trial briefs is **June 6, 2016**.

IT IS SO ORDERED.

   Dated:   **December 22, 2015**            /s/ Jennifer L. Thurston
                                             UNITED STATES MAGISTRATE JUDGE

4

**JOINT MOTION TO CONTINUE EXPERT DISCOVERY CUTOFF AND TRIAL AND PRETRIAL DEADLINES; [PROPOSED] ORDER**

22901929v.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JOINT MOTION TO CONTINUE EXPERT DISCOVERY CUTOFF AND TRIAL AND PRETRIAL DEADLINES; [~~PROPOSED~~] ORDER**
22901929v.1